IN The UNITED STATES DISTRICT COURT FOR The SOUTHERN DISTRICT OF WEST VIRGINIA.

HENRY PERSINGER,

      PETITIONER,

VS

Thomas McBRIDE, WARDEN,

      RESPONDENT,

CIVIL ACTION NO. 5:03-0618



**FILED**

DEC 2 9 2003

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

## PETITIONER RESPONSE WITH ARGUMENT
## ON RESPONDENT's MOTION TO DISMISS

NOW COMES PETITIONER Henry Persinger, AS PRO SE IN CASE NO. 5:03-0618. IS GIVING A RESPONSE WITH PETITIONER OBJECTIONS TO The RESPONDENT'S MOTION TO DISMISS ON FAILURE TO FILE WITHIN The PRESCRIBED LIMITATION PERIOD.

ONE - This PETITIONER WRIT OF HABEAS CORPUS, UNDER 28 U.S.C. - 2254, SPECKS FOR ITSELF AS This PETITIONER PETITION WAS FILED IN good FAITH SEEKING RELIEF ON CONSTITUTIONAL ISSUES ON The LOWER COURT ERRORS, SO please TAKE NOTICE TO PETITIONER OBJECTIONS That He IS NOT TIME BARRED, IN CASE NO. 5:03-0618.

TWO - PLEASE TAKE NOTICE ON PETITIONER OBJECTIONS AS This PETITIONER HAS A LIMITED EDUCATION IN UNDERSTANDING COURT RULES AND HAS NO KIND OF SCHOOLING OR TO UNDERSTAND COURT PROCEEDINGS AS A ATTORNEY WOULD HAVE.

Three - PLEASE TAKE NOTICE TO PETITIONER OBJECTIONS BECAUSE PETITIONER HAS A SERIOUS MENTAL PROBLEM ThAT WOULD AFFECT His UNDERSTANDING T COURT RULES; SO please TAKE NOTICE TO PETITIONER OBJECTIONS TO DISM

(10)

For ALL ABove ReAsons This PeTiTIoNer WANT This court To TAke Notice To His objecTions Due To PeTiTIoNer PeTiTIon, Specks For iTselF In PersjingeR vs McBride, IN CASE No. 5:03- 0618, As This PeTiTIoNeR Is Not Being RepresenTed By counseL on This Response on ABove Issues so please TAke Notice To PeTiTIoNeR objecTions To STATes MoTion To Dismiss.

RespeckFully SubmiTTed

Henry Persinger

HeNRy PeRsingeR, As pRo se
Reg No, 20067
M.O.C.C.
MT OLive, W. VA, 25185

DATe SubmiTTed
December, 23. 2003

PETITIONER HENRY PERSIGNER, AS PRO SE IS SENDING A COPY OF Th
RESPONSE FROM M.O.C.C. POST OFFICE ON December 23 2003  TO THE
ADDRESS BELOW,


OFFICE OF STATE
ATTORNEY GENERAL
STATE CAPITOL Complex.
CharlesTon, WVA,
        25305




HENRY PERSIGNER,   PRO SE
Reg NO, 20067
M.O.C.C.
MT OLIVE, W.VA. 25185