IN The U.S, DISTRICT COURT FOR The SOUTHERN DISTRICT OF WEST VIRGINIA.

HENRY PERSINGER,
    PETITIONER,

VS                            CIVIL ACTION NO. 5:03-0618

Thomas McBride, WARDEN,
    Respondent.

JUL 27 2005
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## Petitioner Objections To Proposed Findings And Recommendation

Now comes Petitioner Henry Persinger as pro se is giving Notice To This Court With His objections In Case Number - 5:03-0618, As On 7-3-03, This Petitioner Filed In Good Faith, A WRIT OF Habeas Corpus, Under 28 U.S.C. - 2254, As This Court Erred As Follows.

ONE - This Court Erred To Ground One, As This Court Failure To Or Understand That Issue On This Petition In Case No. 5:03-0618,

Two - This Court Erred On Ground Two, As This Court Failure To Understand This Issue On This Petition In Case No. 5:03-0618,

Three - This Court Erred To Ground Three, As This Court Failure To Understand That Issue On This Petition In Case No. 5:03-0618,

Four - This Court Erred On Ground Four As This Court Failure To Understand That Issue On This Petition In Case No. 5:03-0618

Petitioner Ask This court To Take Notice To objection To All Issues To This Petitioner Petition In case No. 5:03-0618

Five - Petitioner Is Asking court To Take Notice To my objections As The Respondent Had Failed To Respond on Time As To court order In case No. 5:03-0618, on Failure As Time Bared.

So Take Notice To Petitioner objections On All Above.

Date Submitted - July 26-2005

Respectfully

Henry Persinger

Henry Persinger,
Mocc
Mt olive, W.VA. 25185

(2)

IN The U.S. District court for The Southern District of West Virginia

Henry Persinger,
    Petitioner,                        Case No. 5:03-0618

vs

Thomas McBride, Warden
    Respondent,

## CERTIFICATE OF SERVICE

I Henry Persinger, Petitioner as pro se Is giving Notice A copy of Petitioner objections Is Being marled from MOCC Post Office on July 26-2005, To ADDress Below.

Counsel For Respondent
Attorney General of W.VA.
Charleston, W.VA. 25305

*Henry Persinger*
Henry Persinger - pro se
MOCC
MT Olive, WVA. 25185